UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 11-3700 DSF (PJWx) | Date | 10/20/11 |
|---|---|---|---|
| Title | Christopher Kodesh, et al. v. Aurora Loan Service LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Sanctions for Failure to Comply with Court Orders

     On about September 15, 2011, counsel Arshak Bartounian filed a Request for Approval of Substitution of Attorney.  Contrary to the General Orders of the Central District of California and this Court's Standing Order, counsel failed initially and even after several requests from the Court's Courtroom Deputy Clerk, to submit the mandatory paper chambers copy and failed to provide the proposed order in Word or WordPerfect format.  Counsel is ordered to comply with these orders no later than October 31.  In addition, counsel is ordered to show cause in writing why counsel should not be sanctioned in the amount of $250 for counsel's failure to comply.  Any further failure to comply with the General Orders of the Central District of California and this Court's Standing Order will result in the Request being stricken.

IT IS SO ORDERED.