JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KODESH and AMARILLIS KODESH,<br><br>       Plaintiffs,<br>v.<br><br>AURORA LOAN SERVICES LLC, et al.,<br><br>       Defendants. | Case No.  CV11-03700 DSF (PJWx)<br><br>**JUDGMENT** |

The Court having granted a motion to dismiss and Plaintiffs having failed to amend their complaint within the time allowed by the Court,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs take nothing and that the case be dismissed with prejudice.

Dated: __1/23/12_____          By: _____
                                                Hon. Dale S. Fischer
                                                United States District Judge